# IN THE COURT OF APPEALS OF THE STATE OF WASHINGTON

LAKE WASHINGTON SCHOOL
DISTRICT,

               Respondent,

      v.

C.L.,
DOB: 4/2/01,

               Appellant.

No. 75515-3-I

DIVISION ONE

UNPUBLISHED OPINION

FILED: DEC 2 7 2016

PER CURIAM. C.L. appeals a truancy order, arguing that the truancy petition, hearing, and order were statutorily inadequate, and that he was entitled to counsel at the initial hearing because he was under threat of incarceration. Citing a recent amendment to RCW 28A.225.090(1)(f), the respondent, Lake Washington School District, concedes that the amendment applied to C.L., that it subjected him to potential incarceration at the initial truancy hearing, that he was therefore entitled to counsel at that hearing, and that the trial court's failure to appoint him counsel was reversible error. Motion to Concede Error at 11. We accept the District's concession and reverse and remand for further proceedings consistent with this opinion. C.L.'s request for a published opinion is denied.

Reversed and remanded for further proceedings.

For the court: